UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RUBEN VALDERAS,            ) | |
|                            ) | |
|     Petitioner,    ) | |
| v.                         ) | No. 1:08-cv-496-DFH-TAB |
|                            ) | |
| WENDY KNIGHT, Superintendent, ) | |
|                            ) | |
|     Respondent.    ) | |

### Entry Discussing Petition for Writ of Habeas Corpus

The petition for writ of habeas corpus of Ruben Valderas challenging the prison disciplinary proceeding identified as No. IYC 08-02-0091 is denied and this action is dismissed with prejudice. The reason for this disposition is that the pleadings and the expanded record show that (1) the procedural protections required by *Wolff v. McDonnell*, 418 U.S. 539 (1974), were provided, (2) there was at least "some evidence" to support the decision of the conduct board as required by *Superintendent of Walpole v. Hill*, 472 U.S. 445 (1985), and (3) the proceedings were not otherwise tainted by prejudicial error. His arguments that he was denied the protections afforded by *Wolff* and *Hill* are refuted by the expanded record, based on assertions which do not entitle him to relief, or procedurally defaulted by failing to include them at each level of his administrative appeal. Specifically, the claim he asserts in this case is that prison authorities improperly refused to review a videotape of Counselor Capen's office where it was alleged that on February 20, 2008, Valderas engaged in disorderly conduct. The expanded record shows that no videotape existed. This fact was noted in the report of the disciplinary hearing. Thus, the conduct board did not refuse Valderas' request for physical evidence. The limited right to present evidence in these circumstances presupposes the existence of that evidence.

    Judgment consistent with this Entry shall now issue.

    So ordered.

*[Signature: David F. Hamilton]*

DAVID F. HAMILTON, Chief Judge
United States District Court

Date:   8/26/2008